

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

ROSALIA PICAZO and ARTURO URBINA

Plaintiff,

V.

KIMBALL, TIREY, & ST. JOHN LLP

Defendant.

Civil Action No. 17cv1437 JM (BGS)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The court grants KIMBALL, TIREY, & ST. JOHN LLP special motion to strike Plaintiffs' Rosenthal Act claims and motion for summary judgment on Plaintiffs' FDCPA claims.

Date: 4/2/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ G. Cazares
G. Cazares, Deputy