UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIA PICAZO and ARTURO URBINA,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>KIMBALL, TIREY, & ST. JOHN LLP,<br><br>　　　　　　　　　　Defendant. | Case No.: 17cv1437 JM (BGS)<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF ATTORNEYS' FEES AWARD** |

　　　The parties jointly move the court to enter an order awarding Defendant Kimball, Tirey, & St. John ("KTS") attorneys' fees and costs. (Doc. No. 21.) On April 23, 2018, KTS filed a motion for attorneys' fees related to its successful anti-SLAPP and summary judgment motions. (Doc. No. 20.) To avoid the expense of further litigating the fee motion, the parties ask the court to award KTS $39,326.00 on its fee motion. The parties agree and stipulate that the hourly rates charged by KTS's counsel are reasonable and the time spent is likewise reasonable.

///
///
///

1 | Based on the parties' joint motion, and good cause appearing, the court awards
2 | KTS $39,326.00 for attorneys' fees on its motion for attorneys' fees and costs, (Doc. No.
3 | 20). The court stays enforcement of this judgment for thirty (30) days after the date of
4 | entry.

5 |     IT IS SO ORDERED.

7 | DATED: May 29, 2018

                                        JEFFREY T. MILLER
                                        United States District Judge